# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**    Viktor V. Pohorelsky      **DATE :**    4/12/12

**DOCKET NUMBER:**    12CR232(ENV)      **LOG #:**    2:56 — 3:03

**DEFENDANT'S NAME:**    Anthony Genova
     ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL:**    Samuel Gregory
     ___ Federal Defender    ✓ CJA    ___ Retained

**A.U.S.A:**    Karin Orenstein      **DEPUTY CLERK:**    Felix Chin

**INTERPRETER:** _____ (Language) _____

___ Hearing held. ___ Hearing adjourned to ___

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type___ Start___ Stop___

✓ Order of Speedy Trial entered. Code Type___ Start 4/12/12 Stop 4/27/12

✓ Defendant's first appearance. ___ Defendant arraigned on the indictment.

✓ Attorney Appointment of ___ FEDERAL DEFENDER ✓ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 4/27/12 @ 10:00 before Judge Vitaliano

**OTHERS:** _____