## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Joan Azrack     **DATE:** 7/26/12

**DOCKET NUMBER:** 12 CR 232 (ENV)    **LOG #:** 11:19 – 11:23

**DEFENDANT'S NAME:** Anthony Gehova

    ✓ Present    __ Not Present    ✓ Custody    __ Bail

**DEFENSE COUNSEL:** Joel Winograd

    __ Federal Defender    __ CJA    ✓ Retained

**A.U.S.A:** Tanisha Payne     **DEPUTY CLERK:** S M Yuen

**INTERPRETER:** _____ (Language) _____

____ Hearing held.    ____ Hearing adjourned to _____

✓ Defendant was released on $100,000 PRB with/~~without~~ some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

1 Surety (~~ies~~) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered. Code Type____ Start_____ Stop_____

____ Order of Speedy Trial entered. Code Type____ Start_____ Stop_____

____ Defendant's first appearance. ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** _____